The Second National Bank of Cortland, Appellant, *v.*
Parmelia C. Cole et al., as Executors of A. Le Roy Cole,
Deceased, Respondents, Impleaded with Others.

*Second Nat. Bank of Cortland* v. *Cole,* 45 App. Div. 629, affirmed.
(Argued November 17, 1902; decided December 2, 1902.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered July
27, 1901, affirming a judgment in favor of defendant entered
upon a verdict directed by the court and an order denying a
motion for a new trial.

*Nathan L. Miller* for appellant.

*O. U. Kellogg* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Haight, Martin, Vann and Werner, JJ.

---

Andrew J. Carpenter, Respondent, *v.* Lewis Bouton et al.,
as Executors of Robert Purvis, Deceased, Appellants.

*Carpenter* v. *Purvis,* 57 App. Div. 629, affirmed.
(Argued November 17, 1902; decided December 2, 1902.)

Appeal from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
August 12, 1901, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term.

*S. D. Halliday* and *George E. Goodrich* for appellants.

*O. U. Kellogg* and *J. E. Winslow* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Haight, Martin, Vann and Werner, JJ.